UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SUNG KYU LEE,

                         Plaintiff,                         **REPORT AND**
                                                                               **RECOMMENDATION**
   - against -                                             **CV-18-6343 (ARR)**

HONGS MERCHANDISING GROUP, INC., et al.,

                         Defendants.
-------------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

       Having reviewed the settlement agreement and plaintiff's letters dated June 13, 2019 (Docket Entry 23), August 29, 2019 ( Docket Entry 24), and September 26, 2019 (Docket Entry 26) and having held a fairness hearing on September 19, 2019, I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).  I therefore recommend that the settlement be approved, and the case be dismissed with prejudice.

       **SO ORDERED.**

                                                                                   s/
                                                             **STEVEN L. TISCIONE**
                                                             **UNITED STATES MAGISTRATE JUDGE**

**Dated:  September 27, 2019**
        **Brooklyn, New York**